RYAN ALEXANDER, ESQ.
Nevada Bar No. 10845
MICHAEL D. NAVRATIL, ESQ.
Nevada Bar No. 7460
RYAN ALEXANDER, CHTD.
3017 W. Charleston Blvd., Ste. 10
Las Vegas, Nevada 89102
Telephone: (702) 868-3311
Facsimile: (702) 822-1133
ryan@ryanalexander.com
michael@ryanalexander.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIA LOPEZ, an Individual; GUSTAVO ELIZONDO, an Individual; MARY IMAN, an Individual and as Parent and Guardian of I. I., a Minor;<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARMENT, a Political Subdivision of the State of Nevada; CITY OF NORTH LAS VEGAS, a Political Subdivision of the State of Nevada; and DOES I-X, Unknown Persons or Entities;<br><br>Defendants. | Case No. 2:24-cv-00628-GMN-NJK<br>Hon. Gloria M. Navarro<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFF TO FILE SECOND AMENDED COMPLAINT TO INCLUDE UNITED STATES MARSHALS SERVICE AS A PARTY DEFENDANTS** |

The above named parties, by and through their respective counsel of record, hereby stipulate and agree that the Plaintiffs shall be permitted to file and serve the second amended complaint, attached hereto as Exhibit A. Each of the respective Plaintiffs have exhausted their administrative remedies against the UNITED STATES MARSHAL'S SERVICE and have been given their right to sue letter dated October 17, 2024.

//

//

//

//

1

Accordingly, pursuant to FRCP 15, the parties agree that Plaintiffs shall be permitted to file and serve the Second Amended Complaint attached hereto as Exhibit A.

DATED this 17th day of March, 2024.

**RYAN ALEXANDER, CHTD.**

/s/Ryan Alexander
_____

RYAN ALEXANDER, ESQ.
Nevada Bar No. 10845
3017 West Charleston Blvd., Ste. 10
Las Vegas, NV 89102
*Attorneys for Plaintiffs*

DATED this 17th day of March, 2024.

**MARQUIS AURBACH**

*/s/ Craig Anderson*
_____

Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
canderson@maclaw.com
Attorneys for Defendant Las Vegas Metropolitan Police Department

DATED this 17th day of March, 2024.

NORTH LAS VEGAS CITY ATTORNEY

/s/ Noel Eidsmore
_____

Andy D. Moore, Nev. Bar No. 9128
Acting City Attorney
Noel E. Eidsmore, Nev. Bar No. 7688 Chief Deputy City Attorney
Madison Zornes-Vela, Nev. Bar No. 13626 Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810 North
Las Vegas, Nevada 89030
Attorneys for City of North Las Vegas

// Plaintiffs must promptly file and serve the second amended complaint.

//

//

// IT IS SO ORDERED.
Dated: March 19, 2025

Nancy J. Koppe
United States Magistrate Judge