RYAN ALEXANDER, ESQ.
Nevada Bar No. 10845
RICHARD A. ENGLEMANN, ESQ.
Nevada Bar No. 6965
RYAN ALEXANDER, CHTD.
3017 W. Charleston Blvd., Ste. 10
Las Vegas, Nevada 89102
Telephone: (702) 333-8888
Facsimile: (702) 822-1133
ryan@ryanalexander.com
richard@ryanalexander.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JULIA LOPEZ, an Individual; GUSTAVO ELIZONDO, an Individual; MARY IMAN, an Individual and as Parent and Guardian of I. I., a Minor;<br><br>Plaintiffs,<br>vs.<br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; CITY OF NORTH LAS VEGAS, a Political Subdivision of the State of Nevada; and DOES I-X, Unknown Persons or Entities;<br><br>Defendants. | Case No.: 2:24-cv-00628-GMN-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE PLAINTIFFS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs JULIA LOPEZ, ("LOPEZ"), GUSTAVO ELIZONDO ("ELIZONDO"), MARY IMAN ("IMAN"), an Individual and as Parent and Guardian of I. I., a Minor (collectively "Plaintiffs"), and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT ("LVMPD") and CITY OF NORTH LAS VEGAS ("CNLV") by and through their respective counsel, hereby submit the following Stipulation and Order to Continue Plaintiffs' Response to Motion for Summary Judgment.

On July 17, 2025, counsel for LVMPD filed Defendant LVMPD's Motion for Summary Judgment ("Motion"). Counsel for City of North Las Vegas immediately followed by filing a joinder to LVMPD Motion on the same day. This Court provided a deadline of August 7, 2025, for Plaintiffs to file their response.

As of August 1, 2025, prior lead attorney Michael D. Navratil, Esq. is no longer an employee of

1

Ryan Alexander, Chtd., as he accepted a new position locally. Counsel is now assuming or re-assigning all the files previously worked by Mr. Navratil. Though a replacement litigator is joining the firm on August 12, 2025, it will take some time to onboard the new professional.

This is the first request for this extension.

**[Remainder of page intentionally left blank.]**

Based on the foregoing, counsel for the parties have agreed that Plaintiff's Response to the Motion be continued from August 7, 2025 and to be due by August 28, 2025.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 5th day of August, 2025.<br>**RYAN ALEXANDER, CHTD.** | DATED this 5th day of August, 2025.<br>**MARQUIS AURBACH** |
| /s/Ryan Alexander | /s/ Craig Anderson |
| RYAN ALEXANDER, ESQ.<br>Nevada Bar No. 10845<br>3017 West Charleston Blvd., Ste. 10<br>Las Vegas, NV 89102<br>*Attorneys for Plaintiffs* | Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>canderson@maclaw.com<br>*Attorneys for Defendant, Las Vegas Metropolitan Police Department* |

DATED this 5th day of August, 2025.
**NORTH LAS VEGAS CITY ATTORNEY**

/s/ Noel Eidsmore
Andy D. Moore, Esq. Nev. Bar No. 9128
Acting City Attorney
Noel E. Eidsmore, Esq. Nev. Bar No. 7688
Chief Deputy City Attorney
Madison Zornes-Vela, Esq. Nev. Bar No. 13626
Deputy City Attorney
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
*Attorneys for City of North Las Vegas*

**IT IS SO ORDERED.**

Dated this  6   day of August, 2025.

_____
Gloria M. Navarro, District Judge
**UNITED STATES DISTRICT COURT**