SIGAL CHATTAH
Acting United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the Federal Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JULIA LOPEZ, an Individual; GUSTAVO ELIZONDO, an Individual; MARY IMAN, an Individual and as a Parent and Guardian of I.I., a Minor; <br><br> Plaintiffs, <br><br> v. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; CITY OF NORTH LAS VEGAS, a Political Subdivision of the State of Nevada; UNITED STATES MARSHALS SERVICE; and DOES I-X, Unknown Persons or Entities; <br><br> Defendants. | Case No. 2:24-cv-00628-GMN-NJK <br><br> **Stipulation and Order to Extend Time to File a Response to Second Amended Complaint** <br><br> **(First Request)** |

Plaintiffs Julia Lopez, an individual, Gustavo Elizondo, an individual, Mary Iman, an individual and as a parent and guardian of I.I., a minor ("Plaintiffs") and the United States Marshals Service ("Federal Defendant"), hereby stipulate to extend the time for Federal Defendant to file an answer or otherwise respond to Plaintiffs' second amended complaint from August 18, 2025, up to and including September 3, 2025.

1. Plaintiffs filed their initial complaint on March 30, 2024, against the Las Vegas Metropolitan Police Department ("LVMPD") and the North Las Vegas Police Department ("NLVPD"). ECF No. 1.

2. On May 24, 2024, Plaintiffs filed their first amended complaint against the LVMP and NLVPD. ECF No. 11.

3. On March 20, 2025, Plaintiffs filed their second amended complaint adding the Federal Defendant to the lawsuit. ECF No. 23

Plaintiffs and Federal Defendant hereby stipulate and agree that the time for Federal Defendant to respond to Plaintiffs' second amended complaint shall be extended from August 18, 2025, up to and including September 3, 2025.

The extension is necessary as Federal Defendant's counsel will be out of town to attend funeral services from August 15th through August 18th and needs the additional time to formulate a proper response.

This stipulated request is brought in good faith and not for the purposes of undue delay.

Respectfully submitted this 13th day of August, 2025.

| RYAN ALEXANDER, CHTD. | SIGAL CHATTAH<br>Acting United States Attorney |
|---|---|
| /s/ Ryan Alexander<br>RYAN ALEXANDER, ESQ.<br>Nevada Bar No. 10845<br>3017 West Charleston Blvd., Ste. 10<br>Las Vegas, NV 89102<br>*Attorneys for Plaintiff* | /s/ Karissa D. Neff<br>KARISSA D. NEFF<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite1100<br>Las Vegas, Nevada 89101 |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**
DATED: August 14, 2025