# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Julia Lopez, et al.,

     Plaintiff(s),

v.

Las Vegas Metropolitan Police Department, et al.,

     Defendant(s).

Case No. 2:24-cv-00628-GMN-NJK

**Order**

[Docket Nos. 57, 58]

Pending before the Court are Defendant United States Marshals Service's motion to reopen/extend and motion for exemption from attending the upcoming settlement conference. Docket Nos. 57, 58.  With respect to the former motion, the Marshals Service indicates that it has encountered attorney staffing and scheduling difficulties.  With respect to the latter motion, the Marshals Service indicates that settlement discussions would be unproductive given the pendency of its motion to dismiss.[1]  The Court **GRANTS** both motions.  Although the Marshals Service is excused from the upcoming settlement conference, that settlement conference will otherwise proceed as scheduled with the remaining parties.

IT IS SO ORDERED.

Dated: January 5, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court does not opine herein as to the merits of the motion to dismiss, but rather understands the motion to be indicating that the Marshals Service does not anticipate making substantive settlement offers in light of its view of the merits of its motion to dismiss.