**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Andrew D. Yates, Esq.
Nevada Bar No. 17016
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
ayates@maclaw.com
  Attorneys for Defendant LVMPD

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIA LOPEZ, an individual; GUSTAVO ELIZONDO, an individual; MARY IMAN, an individual and as Parent and Guardian of I.I., a Minor,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; CITY OF NORTH LAS VEGAS, a Political Subdivision of the State of Nevada; UNITED STATES MARSHALS SERVICE; and DOES I-X, Unknown Persons or Entities,<br><br>Defendants. | Case Number:<br>2:24-cv-00628-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT _ONLY_ WITH PREJUDICE** |

        IT IS HEREBY STIPULATED between Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through their attorney of record, Marquis Aurbach and Plaintiffs Julia Lopez, Gustavo Elizondo and Mary Iman, an individual and as Parent and Guardian of I.I.,a Minor, by and through their attorney of record, Ryan Alexander, Chtd., that Defendant LVMPD _**only**_ be dismissed with prejudice; and

        / / /

        / / /

        / / /

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14687-495 (#6303870.1)

IT IS FURTHER STIPULATED that each party bear their own attorney fees and costs.

IT IS SO STIPULATED this 3rd day of ~~March~~ April, 2026.

MARQUIS AURBACH

By: _s/Craig R. Anderson_
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendant LVMPD

RYAN ALEXANDER, CHTD.

By: _____
    Ryan Alexander, Esq.
    Nevada Bar No. 10845
    Noah A. Duran, Esq.
    Nevada Bar No. 15033
    3017 W. Charleston Blvd., #10
    Las Vegas, Nevada 89102
    Attorney for Plaintiffs

**ORDER**

IT IS SO ORDERED that Defendant LVMPD only be dismissed with prejudice; and

IT IS FURTHER ORDERED that each party bear their own attorney fees and costs.

Dated:    April 6, 2026

_____
United States District Court Judge

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 14687-495 (#6303870.1)