NORTH LAS VEGAS CITY ATTORNEY
Andy D. Moore, Nev. Bar No. 9128
Noel E. Eidsmore, Nev. Bar No. 7688
Madison Zornes-Vela, Nev. Bar No. 13626
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Facsimile: (702) 649-8879
*Attorneys for Defendant City of North Las Vegas*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIA LOPEZ, an individual; GUSTAVO ELIZONDO, an individual; MARY IMAN, an individual and as Parent and Guardian of I.I., a Minor;<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; CITY OF NORTH LAS VEGAS, a Political Subdivision of the State of Nevada; and DOES I-X, Unknown Persons or Entities;<br><br>Defendants. | CASE NO.: 2:24-cv-00628-GMN-NJK<br><br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT CITY OF NORTH LAS VEGAS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant City of North Las Vegas ("City"), by and through its attorneys of record, the North Las Vegas City Attorney's Office, and Plaintiffs, Julia Lopez, Gustavo Elizondo, and Mary Iman, an individual and as Parent and Guardian of I.I., a Minor ("Plaintiffs"), by and through their attorneys of record, Ryan Alexander, Chtd., that all of the Plaintiffs' claims in this action against Defendant City be dismissed with prejudice; and

/ / /

1

IT IS FURTHER STIPULATED that each party bear their own attorney's fees and costs.

IT IS SO STIPULATED this ___ day of May, 2026.

NORTH LAS VEGAS CITY ATTORNEY

By: _____
Andy Moore, Esq.
Noel E. Eidsmore, Esq.
Madison P. Zornes-Vela, Esq.
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
(702) 633-1050
*Attorneys for Defendant City of North Las Vegas*

RYAN ALEXANDER, CHTD.

By: _____
Ryan Alexander, Esq.
Noah Duran, Esq.
3017 W. Charleston Blvd.
Las Vegas, Nevada 89102
(702) 333-8888
*Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED THAT Plaintiffs' claims against Defendant City of North Las Vegas be dismissed with prejudice.

IT IS FURTHER ORDERED THAT each party bear their own attorney's fees and costs.

The Clerk of Court is kindly directed to close this case.

Dated this 12 day of June, 2026.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRIC COURT